UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  3:15-cv-30071-MAP

_____

| | | |
|---|---|---|
| KATIE KING, | ) | |
|      Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| v. | ) | |
| | ) | |
| MESTEK, INC., | ) | |
|      Defendant. | ) | Dated:  February 10, 2017 |

Now comes the Defendant, Mestek, Inc., and respectfully moves the Court, pursuant to Rule 56 of the Federal Rules for Civil Procedure, for summary judgment dismissing any and all claims against it in this action.

As grounds for its motion, the Defendant states summary judgement should be granted in favor of the Defendant on all the Plaintiff's claims because after having adequate opportunity for discovery, including the Plaintiff's testimony, the record shows there is no genuine issue as to any material fact.  In each pending count, the Plaintiff lacks evidence to support one or more essential elements of her claim and the Defendant is entitled to judgment as a matter of law.  FRCP56(c)(1)(B)*; Celotex Corp. v. Catrett, 477 US 317, 325 (1986).*

For these reasons, and as set forth more fully in the accompanying Memorandum of Law, the Defendant respectfully request that the Court enter an order granting summary judgment in the Defendant's favor on all the Plaintiff's claims.

## REQUEST FOR ORAL ARGUMENT

The Defendant, pursuant to L.R. 7.1(d), respectfully requests oral argument on this Motion.

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel certifies that, pursuant to Local Rule 7.1(a)(2), she has conferred with Plaintiff's Counsel regarding this Motion and counsel has advised that Plaintiff will oppose this Motion.

Respectfully submitted,

The Defendant,

MESTEK, INC.

By their Attorney,

*/s/ Meghan B. Sullivan*
Meghan B. Sullivan, Esq. ó BBO No.: 635265
SULLIVAN, HAYES & QUINN, LLC
One Monarch Place ó Suite 1200
Springfield, MA 01144-1200
Tel. (413) 736-4538
Fax (413) 731-8206
E-mail:  Meghan.Sullivan@sullivanandhayes.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2017, I electronically filed the *Defendant's Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

Michael O. Shea, Esq.
Law Office of Michael O. Shea, P.C.
3 Crane Park Drive, Suite 7
Wilbraham, MA  01095
E-mail:  owenshea@aol.com

*/s/ Meghan B. Sullivan*
Meghan B. Sullivan, Esq.